```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROGELIO SOTOY, individually and on behalf
of others similarly situated,

                              Plaintiff,

          -against-

TIBERIAS FOR STUDENTS LLC (D/B/A
TIBERIAS), STERNBACH HOLDINGS, LLC
(D/B/A TIBERIAS), OHREL STERNBACH,
and ELROM STERNBACH,

                              Defendants.
----------------------------------------------------------------X

**21-CV-7264 (PAE) (KHP)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, February 24, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 17, 2022 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
               November 29, 2021

                                                     _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge