USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROGELIO SOTOY, individually and on behalf
of others similarly situated,

                        Plaintiff,                              **21-CV-7264 (PAE) (KHP)**

          -against-                                               **ORDER**

TIBERIAS FOR STUDENTS LLC (D/B/A
TIBERIAS), STERNBACH HOLDINGS, LLC
(D/B/A TIBERIAS), OHREL STERNBACH,
and ELROM STERNBACH,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of the parties submission last night representing that they have agreed to a negotiated settlement agreement. (ECF No. 35.) Given that the party submitted the settlement agreement for the Court's review, the conference scheduled for today at 2:00 p.m. is adjourned sine die.

      **SO ORDERED.**

DATED:     New York, New York
               March 24, 2022

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge